# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143386(105)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACOB TRAKHTENBERG,
      Defendant-Appellant.

_____

SC: 143386
COA: 290336
Oakland CC: 2005-203484-FH

      On order of the Chief Justice, the motion by defendant-appellant for extension of the time for filing his reply brief is considered and it is denied as moot, counsel having communicated that she no longer intends to file a reply brief.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012
_____
                                Clerk